IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER PRINCE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:15-1202 |
| | ) | |
| v. | ) | |
| | ) | United States Magistrate Judge |
| CORIZON HEALTH, INC., COUNTY | ) | Cynthia Reed Eddy |
| OF ALLEGHENY, DAVID HUMPRIES, | ) | |
| DR. MICHAEL PATTERSON, CAITLIN | ) | United States District Judge |
| LEE, MONICA LONG, EMRICK, | ) | Terrence F. McVerry |
| BARFIELD, SUPERINTENDENT | ) | |
| ORLANDO HARPER, | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM ORDER**

TERRENCE F. MCVERRY, United States District Judge.

The present action was filed with this Court on September 15, 2015. The case was referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with Magistrate Judges Act, 28 U.S.C. § 636(b)(1) and Local Rules of Court 72.C and 72.D.

Defendants Corizon Health, Inc., Allegheny County, David Humpries, CENP, Sarah A. Patterson as Administratrix of the Estate of Dr. Michael Patterson, Allegheny County Jail Counselor Caitlin Lee, Deputy Warden Monica Long, Deputy Warden Emrick, Assistant Health Services Administrator Dr. Barfield and Warden Orlando Harper moved to dismiss the claims against them for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6). *See* ECF Nos. 5, 11, 23, 31, 36, 44. The Magistrate Judge's Report and Recommendation filed May 5, 2016 recommended that the motions to dismiss be denied. ECF No. 46. Service of the Report and Recommendation was made on all parties. The parties were informed that in accordance

1

with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Local Rule of Court 72.D.2 they had until May 19, 2016 to file any objections. Defendants Barfield, Corizon Health, Inc., Humpries, and Patterson timely filed objections. The remaining Defendants did not submit objections. After a review of the objections, I find that they are without merit.

Accordingly, after a *de novo* review of the pleadings and documents in this case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this 7th day of June, 2016, IT IS HEREBY ORDERED that Defendants Corizon Health, Inc., Allegheny County, David Humpries, CENP, Sarah A. Patterson as Administratrix of the Estate of Dr. Michael Patterson, Allegheny County Jail Counselor Caitlin Lee, Deputy Warden Monica Long, Deputy Warden Emerick, Assistant Health Services Administrator Dr. Barfield and Warden Orlando Harper's motions to dismiss, ECF Nos. 5, 11, 23, 31, 36, and 44, are DENIED. The Defendants shall file an Answer to the claims by June 28, 2016.

IT IS FURTHER ORDERED that the Report and Recommendation of Magistrate Judge Cynthia Reed Eddy is hereby adopted as the Opinion of the District Court.

        By the Court,

        s/ Terrence F. McVerry
         The Honorable Terrence F. McVerry
         United States District Judge

cc:    The Honorable Cynthia Reed Eddy
       United States District Court
       Western District of Pennsylvania

       *Counsel of record via CM-ECF*